# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>THREE MILLION SEVENTY-TWO THOUSAND, TWO HUNDRED SIXTY-SIX DOLLARS AND FIFTY-NINE CENTS ($3,072,266.59) IN UNITED STATES CURRENCY, MORE OR LESS, SEIZED FROM E*TRADE SECURITIES LLC ACCOUNT #1 TITLED TO FOREIGN EXCHANGE BANK CORP. f/k/a MCS INTERNATIONAL BANK INC.; *et al.*,<br><br>**Defendants-*in rem*.**<br><br>GUILLERMO GUIÑAZÚ, FOREIGN EXCHANGE BANK CORP., and JOSÉ MANUEL GUIÑAZÚ,<br><br>**Claimants.** | **Civil No.** 19-1236 (FAB) |

**JUDGMENT OF FORFEITURE**

Having considered the United States' Motion for Judgment of Forfeiture, and the pleadings and documents filed;

IT IS ORDERED, ADJUDGED, AND DECREED:

1. The United States shall return to José Manuel Guiñazú, by and through his attorneys, the sum of $3,625,000.00 of the defendant properties, less any delinquent debt owed by José Manuel Guiñazú that the United States Treasury is required to collect through the Treasury Offset Program.

2. All rights, title, and interest in the remaining defendant properties, approximately $1,441,920.26 in United States currency, are forfeited to the United States of America.

3. The United States Marshal shall deposit the approximately $1,441,920.26 in United States currency into the United States Department of Justice's Asset Forfeiture Fund, for disposition according to law.

4. The claims of Guillermo Guiñazú and Foreign Exchange Bank Corp. having been withdrawn, Guillermo Guiñazú and Foreign Exchange Bank Corp. are dismissed as claimants in this action.

5. The Court enters, and this judgment shall constitute, a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2) as to each and every item of defendant property named in the Amended Complaint.

6. This Court shall retain jurisdiction of this case for the purpose of enforcing the Judgment of Forfeiture.

It is so ORDERED, ADJUDGED, AND DECREED.

San Juan, Puerto Rico, June 29, 2021.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE